IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CLAUDETTE PIERRI,

   Plaintiff,

    v.

CINGULAR WIRELESS, LLC, a
Delaware limited liability company,

   Defendant.

CIVIL ACTION FILE
NO. 1:04-CV-2134-TWT

ORDER AND OPINION

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 25] of the Magistrate Judge recommending granting the Defendant's Motion for Summary Judgment [Doc. 21]. After careful review, the Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion for Summary Judgment [Doc. 21] is GRANTED.

SO ORDERED, this 18 day of October, 2005.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\04\Pierri\r&r.wpd